**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN IL PAK, Appellant

### V.

### AD VILLARAI, LLC, ET AL. , Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

The Court has before it appellant Chan Il Pak's October 18, 2017 second motion for extension of time to file an amended appellant's brief and response to cross-appellant's amended brief. The motion is opposed by appellees. Appellant's motion is **GRANTED**, and his brief is due no later than November 22, 2017. No further extensions will be allowed absent extraordinary circumstances.

/s/      MOLLY FRANCIS
           JUSTICE